**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROSALIND W. SUTCH, AS EXECUTRIX OF THE ESTATE OF ROSALIND WILSON, DECEASED,

     Petitioner

   v.

ROXBOROUGH MEMORIAL HOSPITAL, SOLIS HEALTHCARE, LP, ANDORRA RADIOLOGY ASSOC., TENET HEALTHSYSTEM ROXBOROUGH, LLC, ROXBOROUGH, LLC, TENET, INC., TENET GROUP, LLC, ROXBOROUGH EMERGENCY PHYSICIAN ASSOCIATES, LLC, BARBARA GOLDMAN ROBINS, M.D., ROBERT DOMANSKI, M.D., MICHAEL DEANGELIS, M.D., ERIN O'MALLEY, M.D., JEFFREY GELLER, M.D., AND MELANIO AGUIRRE, M.D.,

     Respondents

: No. 313 EAL 2016
:
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 5th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Justice Wecht dissents.